# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re: YOUNG, ERIC L. § Case No. 11-48460
       YOUNG, LORRAINE M. §
 §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Fred S. Hjelmeset, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $574,830.32            Assets Exempt: $58,347.32
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,461.95     Claims Discharged
                                                   Without Payment: $975,143.67

Total Expenses of Administration: $13,869.60

---

    3) Total gross receipts of $ 22,331.55 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $22,331.55 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $858,540.80 | $83,379.98 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,619.60 | 13,869.60 | 13,869.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 444,565.15 | 191,604.30 | 134,751.61 | 8,461.95 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 263,249.76 | 288,867.72 | 265,689.38 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,566,355.71 | $579,471.60 | $414,310.59 | $22,331.55 |

4) This case was originally filed under Chapter 7 on August 08, 2011. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/07/2014         By: /s/Fred S. Hjelmeset
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stocks and shares | 1129-000 | 14,511.53 |
| 2006 Ford Explorer | 1129-000 | 1,578.41 |
| 2000 Ford f250 | 1129-000 | 2,000.00 |
| 1973 Ford F350 | 1129-000 | 2,000.00 |
| 2005 Ford F150 | 1129-000 | 2,000.00 |
| Interest Income | 1270-000 | 241.61 |
| **TOTAL GROSS RECEIPTS** | | **$22,331.55** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10S-2 | Internal Revenue Service | 4300-000 | N/A | 83,379.98 | 0.00 | 0.00 |
| NOTFILED | Ford Credit | 4110-000 | 4,006.59 | N/A | N/A | 0.00 |
| NOTFILED | Ford Credit | 4110-000 | 7,202.12 | N/A | N/A | 0.00 |
| NOTFILED | IRS | 4110-000 | 300,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Alameda County Tax Collector | 4110-000 | 418.32 | N/A | N/A | 0.00 |
| NOTFILED | Emp. Dev. Dept | 4110-000 | 15,033.42 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank | 4110-000 | 251,860.08 | N/A | N/A | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mort. | 4110-000 | 280,020.27 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $858,540.80 | $83,379.98 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Fred S. Hjelmeset | 2100-000 | N/A | 2,983.16 | 2,983.16 | 2,983.16 |
| Fred S. Hjelmeset | 2200-000 | N/A | 1.47 | 1.47 | 1.47 |
| International Sureties, Ltd. | 2300-000 | N/A | 43.84 | 43.84 | 43.84 |
| Marshall & Ramos, LLP | 3210-000 | N/A | 11,500.00 | 9,750.00 | 9,750.00 |
| Marshall & Ramos, LLP | 3220-000 | N/A | 263.61 | 263.61 | 263.61 |
| The Bank of New York Mellon | 2600-000 | N/A | 354.53 | 354.53 | 354.53 |
| Rabobank, N.A. | 2600-000 | N/A | 472.99 | 472.99 | 472.99 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $15,619.60 | $13,869.60 | $13,869.60 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P | Bankruptcy Section MS A340 | 5800-000 | N/A | 9,467.52 | 0.00 | 0.00 |
| 7P | Bankruptcy Section MS A340 | 5800-000 | N/A | 22,589.59 | 0.00 | 0.00 |
| 10P-2 | Internal Revenue Service | 5800-000 | N/A | 103,544.44 | 103,544.44 | 6,502.24 |
| 11P | Employment Development Department | 5800-000 | 72,090.74 | 56,002.75 | 31,207.17 | 1,959.71 |
| NOTFILED | Bricklayers and Allied Craftworkers | 5200-000 | 89,749.84 | N/A | N/A | 0.00 |
| NOTFILED | IRS | 5200-000 | 282,724.57 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $444,565.15 | $191,604.30 | $134,751.61 | $8,461.95 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 11,774.46 | 5,887.23 | 5,887.23 | 0.00 |
| 2 | Midland Credit Management, Inc. | 7100-000 | 7,556.38 | 4,121.57 | 4,121.57 | 0.00 |
| 3 | NORTHERN CALIFORNIA TILE INDUSTRY TRUSTS | 7100-000 | N/A | 57,793.84 | 57,793.84 | 0.00 |
| 4 | American Express Bank FSB | 7100-000 | 18,630.24 | 9,315.12 | 9,315.12 | 0.00 |
| 5 | American Express Bank FSB | 7100-000 | 1,559.78 | 779.89 | 779.89 | 0.00 |
| 6U | Bankruptcy Section MS A340 | 7100-000 | N/A | 4,740.21 | 0.00 | 0.00 |
| 7U | Bankruptcy Section MS A340 | 7100-000 | N/A | 11,192.43 | 0.00 | 0.00 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | 8,582.54 | 4,158.10 | 4,158.10 | 0.00 |
| 9 | American Contractors Indemnity Company | 7100-000 | N/A | 3,280.00 | 3,280.00 | 0.00 |
| 10U-2 | Internal Revenue Service | 7100-000 | N/A | 170,202.93 | 170,202.93 | 0.00 |
| 11U | Employment Development Department | 7100-000 | N/A | 7,922.63 | 7,922.63 | 0.00 |
| 12 | ELAN FINANCIAL SERVICES | 7100-000 | 4,456.14 | 2,228.07 | 2,228.07 | 0.00 |
| 13 | Franchise Tax Board | 7200-000 | N/A | 1,909.95 | 0.00 | 0.00 |
| 14 | Franchise Tax Board | 7200-000 | N/A | 5,335.75 | 0.00 | 0.00 |
| NOTFILED | Citi Mastercard | 7100-000 | 37,354.46 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Line of Credit | 7100-000 | 20,510.63 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Mastercard | 7100-000 | 5,254.98 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Businessline | 7100-000 | 111,587.14 | N/A | N/A | 0.00 |
| NOTFILED | Sears Mastercard | 7100-000 | 16,619.68 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Businesscard | 7100-000 | 1,676.05 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services | 7100-000 | 8,297.89 | N/A | N/A | 0.00 |
| NOTFILED | Phillips 66 Conoco 76 | 7100-000 | 5,389.39 | N/A | N/A | 0.00 |
| NOTFILED | HCC Surety Group | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$263,249.76** | **$288,867.72** | **$265,689.38** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-48460  
**Case Name:** YOUNG, ERIC L.  
               YOUNG, LORRAINE M.  
**Period Ending:** 10/07/14

**Trustee:** (001090) Fred S. Hjelmeset  
**Filed (f) or Converted (c):** 08/08/11 (f)  
**§341(a) Meeting Date:** 09/09/11  
**Claims Bar Date:** 01/24/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Debtors' home located at 3783 Yosemite Court Sou | 517,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash in Wallet | 40.00 | 0.00 | | 0.00 | FA |
| 3 | Void-duplicate entry | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods<br>   Originally listed as $1,715 - amended per Second amended Sch. B & C, Doc#36 | 1,760.00 | 0.00 | | 0.00 | FA |
| 5 | DVDs $50; CDs $25; Books $40, at replacement cos | 115.00 | 0.00 | | 0.00 | FA |
| 6 | clothing at est. liquidation value; at home | 400.00 | 0.00 | | 0.00 | FA |
| 7 | wedding rings<br>   Originally stated as $850, amended per Second amended Sch. B & C, Doc#36 | 700.00 | 0.00 | | 0.00 | FA |
| 8 | Firearms and sports equipment | 235.00 | 0.00 | | 0.00 | FA |
| 9 | Void-duplicate entry | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Stocks and shares<br>   Originally listed at $12,719.86; Verizon stock $2,231 and AT&T stock $10,490 in second amended Sch B, Doc#36; Order approving sale, Doc#62; Report of Sale, Doc#66; No tax return required because de minimis gain on sale | 12,721.00 | 12,721.00 | | 14,511.53 | FA |
| 11 | 2006 Ford Explorer<br>   Order approving sale, Doc#62; Report of Sale, Doc#66; Originally listed with value $14525; new amount per second amended Sch B, Doc#36. | 14,120.00 | 1,578.41 | | 1,578.41 | FA |
| 12 | Office equipment | 815.00 | 815.00 | | 0.00 | FA |
| 13 | Machinery, equipment<br>   Per second amended Sch B, Doc#36 | 7,758.00 | 0.00 | | 0.00 | FA |
| 14 | 2006 Ford F150<br>   Originally listed with value $17,730; new amount per second amended Sch B, Doc#36 | 14,057.00 | 0.88 | | 0.00 | FA |
| 15 | 2000 Ford f250<br>   Originally listed with value $3,535; new amount per | 3,310.00 | 3,310.00 | | 2,000.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-48460  
**Case Name:** YOUNG, ERIC L.  
YOUNG, LORRAINE M.  
**Period Ending:** 10/07/14

**Trustee:** (001090) Fred S. Hjelmeset  
**Filed (f) or Converted (c):** 08/08/11 (f)  
**§341(a) Meeting Date:** 09/09/11  
**Claims Bar Date:** 01/24/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| | second amended Sch B, Doc#36; Per settlement agreement, Debtors purchase nonexempt equity in assets ##15, 16, & 17 for $6,000 - $2,000 for each - Order approving sale, Doc#62; Report of Sale, Doc#66 | | | | |
| 16 | 1973 Ford F350<br>    Per settlement agreement, Debtors purchase nonexempt equity in assets ##15, 16, & 17 for $6,000 - $2,000 for each; Order approving sale, Doc#62; Report of Sale, Doc#66 | 1,000.00 | 1,000.00 | | 2,000.00 | FA |
| 17 | 2005 Ford F150<br>    Originally listed with value $5,225; new amount per second amended Sch B, Doc#36. Per settlement agreement, Debtors purchase nonexempt equity in assets ##15, 16, & 17 for $6,000 - $2,000 for each; Order approving sale, Doc#62; Report of Sale, Doc#66 | 5,575.00 | 5,575.00 | | 2,000.00 | FA |
| 18 | Brokerage account WFB<br>    Second amended Sch. B & C, Doc#36 | 721.00 | 0.00 | | 0.00 | FA |
| 19 | Patelco Jt. Checking and savings<br>    Second amended Sch. B & C, Doc#36 | 0.17 | 0.00 | | 0.00 | FA |
| 20 | Five WFB Ck accts<br>    Four accounts with zero balance, one account with $157.15 balance, per Second amended Sch. B & C, Doc#36 | 157.15 | 0.00 | | 0.00 | FA |
| 21 | Corporate checking account E&L Enterprises<br>    Second amended Sch. B & C, Doc#36 | 3,738.00 | 0.00 | | 0.00 | FA |
| 22 | Operating Engineers FCU Custodial savings accoun<br>    Second amended Sch. B & C, Doc#36 | 6.00 | 0.00 | | 0.00 | FA |
| 23 | Morgan Stanley savings 0997<br>    Second amended Sch. B & C, Doc#36 | 0.00 | 0.00 | | 0.00 | FA |
| 24 | WFB Business Checking Account 0837<br>    Second amended Sch. B & C, Doc#36 | 423.00 | 0.00 | | 0.00 | FA |
| 25 | Def. Cont. Pension Plan | 4,058.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-48460  
**Case Name:** YOUNG, ERIC L.  
YOUNG, LORRAINE M.  
**Period Ending:** 10/07/14

**Trustee:** (001090) Fred S. Hjelmeset  
**Filed (f) or Converted (c):** 08/08/11 (f)  
**§341(a) Meeting Date:** 09/09/11  
**Claims Bar Date:** 01/24/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 26 | Morgan Stanley IRA 9428 | 5,626.00 | 0.00 | | 0.00 | FA |
| 27 | Morgan Stanley IRA 1269 | 16,721.00 | 0.00 | | 0.00 | FA |
| 28 | 100% owners of E & L Young Enterprises, Inc (u)  Originally not listed | 500.00 | 0.00 | | 0.00 | FA |
| 29 | AT&T dividends (u) | 184.57 | 184.57 | | 184.57 | FA |
| 30 | Verizon dividends (u) | 45.44 | 45.44 | | 57.04 | FA |
| 30 | **Assets Totals** (Excluding unknown values) | **$611,786.33** | **$25,230.30** | | **$22,331.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/23/11 Investigate assets, cars, accounts  
01/17/12 Settle with Debtors re assets  
03/07/12 Liquidate shares  
05/27/13 Await outcome of Debtors' AP against IRS, EDD & FTB re determination of claims  
08/19/13 Wait for outcome of AP re IRS & EDD claims  

10/23/11 Email to DA re case, assets  
12/15/11 Call to DA's office requesting turnover of nonexempt assets  
01/04/12 Conference with counsel re case, issues  
01/06/12 Demand ltr for turnover sent to Debtors  
01/09/12 Contact with counsel re arrange for turnover  
01/11/12 Order granting employment of TA, Doc#33  
06/11/13 Contact with accountant re no TR needed  
2/15/13 Complaint by Debtors vs. IRS & FTB filed, re amount of claims  
11/13/13 Email to TA re case  
06/19/14 Call to court re TFR order uploaded 6/13  

**Initial Projected Date Of Final Report (TFR):** March 15, 2013     **Current Projected Date Of Final Report (TFR):** March 13, 2014 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 11-48460  
**Case Name:** YOUNG, ERIC L.  
YOUNG, LORRAINE M.  
**Taxpayer ID #:** **-***5441  
**Period Ending:** 10/07/14  

**Trustee:** Fred S. Hjelmeset (001090)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******76-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/12 | {11} | Wells Fargo Bank | Nonexempt equity in 2006 Ford Explorer | 1129-000 | 1,578.41 | | 1,578.41 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,553.41 |
| 02/23/12 | {15} | Eric Young | First payment on car settlement, assets 15, 16, and 17 | 1129-000 | 750.00 | | 2,303.41 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,278.41 |
| 03/21/12 | {15} | Eric Young | Second settlement payment re cars | 1129-000 | 750.00 | | 3,028.41 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,003.41 |
| 04/05/12 | {10} | Verizon | Liquidation of Verizon shares | 1129-000 | 1,685.79 | | 4,689.20 |
| 04/18/12 | | Eric Young | Settlement payment for cars | | 750.00 | | 5,439.20 |
| | {15} | | Settlement for car equity        500.00 | 1129-000 | | | 5,439.20 |
| | {16} | | Settlement installment        250.00<br>for car equity | 1129-000 | | | 5,439.20 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,414.20 |
| 05/18/12 | {30} | Verizon | Verizon Dividend check | 1270-000 | 12.09 | | 5,426.29 |
| 05/18/12 | {29} | AT&T | Dividend check | 1270-000 | 14.01 | | 5,440.30 |
| 05/18/12 | {30} | Verizon | Verizon Dividend check | 1270-000 | 33.35 | | 5,473.65 |
| 05/18/12 | {29} | AT&T | Dividend check | 1270-000 | 170.56 | | 5,644.21 |
| 05/18/12 | {16} | Eric Young | Settlement payment | 1129-000 | 750.00 | | 6,394.21 |
| 05/25/12 | {29} | AT&T | Reversed Deposit 100006 4 Dividend check - Refer to Maker | 1270-000 | -170.56 | | 6,223.65 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,198.65 |
| 06/18/12 | {16} | Eric Young | Settlement payment | 1129-000 | 750.00 | | 6,948.65 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,923.65 |
| 07/18/12 | {29} | AT&T | Replacement check for voided check re dividends | 1270-000 | 170.56 | | 7,094.21 |
| 07/18/12 | {10} | AT&T | Liquidation of shares | 1129-000 | 12,825.74 | | 19,919.95 |
| 07/24/12 | | Eric Young | Settlement payment re cars | | 750.00 | | 20,669.95 |
| | {16} | | 1973 Ford        250.00 | 1129-000 | | | 20,669.95 |
| | {17} | | 2005 Ford        500.00 | 1129-000 | | | 20,669.95 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.20 | 20,644.75 |
| 08/20/12 | {17} | Eric Young | Settlement payment re cars | 1129-000 | 750.00 | | 21,394.75 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 44.22 | 21,350.53 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.83 | 21,309.70 |
| 10/05/12 | {17} | Eric Young | Settlement payment | 1129-000 | 750.00 | | 22,059.70 |
| 10/22/12 | {30} | Computershare Inc. | Dividend check | 1270-000 | 5.80 | | 22,065.50 |
| 10/22/12 | {30} | Computershare Inc. | Dividend check | 1270-000 | 5.80 | | 22,071.30 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.16 | 22,022.14 |

Subtotals :  $22,331.55  $309.41

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 11-48460  
**Case Name:** YOUNG, ERIC L.  
              YOUNG, LORRAINE M.  
**Taxpayer ID #:** **-***5441  
**Period Ending:** 10/07/14

**Trustee:** Fred S. Hjelmeset (001090)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******76-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.12 | 21,977.02 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001000109088 20121220 | 9999-000 | | 21,977.02 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **22,331.55** | **22,331.55** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 21,977.02 | |
| | | | **Subtotal** | | **22,331.55** | **354.53** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$22,331.55** | **$354.53** | |

{} Asset reference(s)

Printed: 10/07/2014 05:34 PM    V.13.15

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 11-48460  
**Case Name:** YOUNG, ERIC L.  
YOUNG, LORRAINE M.  
**Taxpayer ID #:** **-***5441  
**Period Ending:** 10/07/14  

**Trustee:** Fred S. Hjelmeset (001090)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 21,977.02 | | 21,977.02 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.42 | 21,947.60 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.71 | 21,912.89 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.41 | 21,883.48 |
| 03/06/13 | 11001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2013 FOR CASE #11-48460, Bond # 016048574 - Term 1/1/13 to 1/1/14 | 2300-000 | | 21.66 | 21,861.82 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.40 | 21,831.42 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.49 | 21,797.93 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.39 | 21,765.54 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.21 | 21,736.33 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.38 | 21,701.95 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.21 | 21,670.74 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.13 | 21,640.61 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.24 | 21,606.37 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.00 | 21,577.37 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.13 | 21,543.24 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.01 | 21,511.23 |
| 02/11/14 | 11002 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2014 FOR CASE #11-48460, Bond #016048574 - Term 1/1/14-1/1/15 | 2300-000 | | 22.18 | 21,489.05 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.86 | 21,460.19 |
| 06/17/14 | 11003 | Marshall & Ramos, LLP | Dividend paid 100.00% on $11,500.00, Attorney for Trustee Fees (Other Firm); Reference: Voided on 07/09/14 | 3210-000 | | 11,500.00 | 9,960.19 |
| 06/17/14 | 11004 | Marshall & Ramos, LLP | Dividend paid 100.00% on $263.61, Attorney for Trustee Expenses (Other Firm); Reference: Voided on 07/09/14 | 3220-000 | | 263.61 | 9,696.58 |
| 06/17/14 | 11005 | Internal Revenue Service | Dividend paid 4.98% on $103,544.44; Claim# 10P-2; Filed: $103,544.44; Voided on 07/09/14 | 5800-000 | | 5,157.53 | 4,539.05 |
| 06/17/14 | 11006 | Employment Development Department | Dividend paid 4.98% on $31,207.17; Claim# 11P; Filed: $56,002.75; Voided on 07/09/14 | 5800-000 | | 1,554.42 | 2,984.63 |

Subtotals : $21,977.02  $18,992.39

{} Asset reference(s)

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 11-48460  
**Case Name:** YOUNG, ERIC L.  
YOUNG, LORRAINE M.  
**Taxpayer ID #:** **-***5441  
**Period Ending:** 10/07/14  

**Trustee:** Fred S. Hjelmeset (001090)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/17/14 | 11007 | Fred S. Hjelmeset | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST<br>Voided on 07/09/14 | 2100-000 | | 2,984.63 | 0.00 |
| 07/09/14 | 11003 | Marshall & Ramos, LLP | Dividend paid 100.00% on $11,500.00, Attorney for Trustee Fees (Other Firm); Reference:<br>Voided: check issued on 06/17/14 | 3210-000 | | -11,500.00 | 11,500.00 |
| 07/09/14 | 11004 | Marshall & Ramos, LLP | Dividend paid 100.00% on $263.61, Attorney for Trustee Expenses (Other Firm); Reference:<br>Voided: check issued on 06/17/14 | 3220-000 | | -263.61 | 11,763.61 |
| 07/09/14 | 11005 | Internal Revenue Service | Dividend paid 4.98% on $103,544.44; Claim# 10P-2; Filed: $103,544.44;<br>Voided: check issued on 06/17/14 | 5800-000 | | -5,157.53 | 16,921.14 |
| 07/09/14 | 11006 | Employment Development Department | Dividend paid 4.98% on $31,207.17; Claim# 11P; Filed: $56,002.75;<br>Voided: check issued on 06/17/14 | 5800-000 | | -1,554.42 | 18,475.56 |
| 07/09/14 | 11007 | Fred S. Hjelmeset | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST<br>Voided: check issued on 06/17/14 | 2100-000 | | -2,984.63 | 21,460.19 |
| 07/15/14 | 11008 | Marshall & Ramos, LLP | Dividend paid 100.00% on $9,750.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 9,750.00 | 11,710.19 |
| 07/15/14 | 11009 | Marshall & Ramos, LLP | Dividend paid 100.00% on $263.61, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 263.61 | 11,446.58 |
| 07/15/14 | 11010 | Internal Revenue Service | Dividend paid 6.27% on $103,544.44; Claim# 10P-2; Filed: $103,544.44; | 5800-000 | | 6,502.24 | 4,944.34 |
| 07/15/14 | 11011 | Employment Development Department | Dividend paid 6.27% on $31,207.17; Claim# 11P; Filed: $56,002.75; | 5800-000 | | 1,959.71 | 2,984.63 |
| 07/15/14 | 11012 | Fred S. Hjelmeset | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,984.63 | 0.00 |
| | | | Dividend paid 100.00% 2,983.16 on $2,983.16; Claim# ; Filed: $2,983.16 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 1.47 on $1.47; Claim# ; Filed: $1.47 | 2200-000 | | | 0.00 |

Subtotals : $0.00 $2,984.63

{} Asset reference(s)

Exhibit 9
Page: 5

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 11-48460  
**Case Name:** YOUNG, ERIC L.  
YOUNG, LORRAINE M.  
**Taxpayer ID #:** **-***5441  
**Period Ending:** 10/07/14

**Trustee:** Fred S. Hjelmeset (001090)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 21,977.02 | 21,977.02 | $0.00 |
| | | | Less: Bank Transfers | | 21,977.02 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 21,977.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $21,977.02 | |

```
Net Receipts :      22,331.55
                  _____
Net Estate :       $22,331.55
```

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******76-65** | 22,331.55 | 354.53 | 0.00 |
| **Checking # ******6566** | 0.00 | 21,977.02 | 0.00 |
| | $22,331.55 | $22,331.55 | $0.00 |